ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN & LOEB
10605 Balboa Blvd., Suite 265
Granada Hills, CA 91344
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF


FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: jre DEPUTY

UNITED STATES DISTRICT COURT
for the CENTRAL DISTRICT of CALIFORNIA

TOP RANK, INC.

    Plaintiff,

vs.

KIM CHONG SOOK, et al,

    Defendant

Case No.: 2:96-cv-08674-AAH-VAP

[PROPOSED] RENEWAL OF CONSENT JUDGMENT

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Consent Judgment to Plaintiff, Top Rank, Inc. and against Defendant Kim Chong Sook dba R&S Dusty's Bar, entered on November 19, 1997, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment      $ 781.25
    b. Costs after judgment      $ 00.00
    c. Subtotal *(add a and b)*      **$ 781.25**
    d. Credits      $ 00.00
    e. Subtotal *(subtract d from c)*      **$ 781.25**
    f. Interest after judgment      $ 275.84
    g. Fee for filing renewal of application      $ 00.00
    h. Total renewed judgment (add e, f and g) $1057.09

Dated: 11/16/2017      by:      s/ J. Remigio
                                                Deputy Clerk